# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 20, 2022

**Via ECF**

The Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**REQUEST GRANTED.**
The time for defendant to submit pretrial motions is extended to January 4, 2023. Government's opposition briefs due by January 18, 2023. Motion hearing rescheduled to January 25, 2023 at 2:00PM in Courtroom 15C. The Court, with consent of all parties, excludes time from October 21, 2022 until January 25, 2023 pursuant to the Speedy Trial Act, 18 USC 3161(h)(7)(A), upon a finding that the interest of justice outweighs the interest of the public and the defendant in a speedy trial, in that the time between now and January 25 can be used by the defendants to consider and prepare motions, and for parties to discuss a potential pretrial disposition.

Re: **United States v. Raquel Moura Borges**
    **21 Cr. 172 (LJL)**

10/21/2022  SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Dear Judge Liman,

We write with the consent of the government to respectfully request that the Court adjourn the motion schedule and next pretrial conference in this matter for approximately 60 days.

At the August 2, 2022 arraignment, the Court set a November 4, 2022 deadline for defense motions, with a motion hearing or pretrial conference to occur on November 22, 2022. As the government informed the Court in its September 26, 2022 letter (Doc. 19), the parties have been engaged in discussions regarding a potential pretrial resolution in this matter. So that the parties may continue to pursue these discussions and potentially resolve this matter without motion practice, we respectfully request that the Court adjourn, for approximately 60 days, the deadlines and hearing date set at the August 2, 2022 arraignment.

Should the Court grant this application, the government requests, and the defense consents to, the exclusion of time under the Speedy Trial Act until the rescheduled conference date.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:   AUSA Gina Castellano