# GOTLIB LAW

July 1, 2024

**REQUEST GRANTED.**
The Court approves the temporary modification to the terms of Ms. Borges's bond as proposed.

7/2/2024   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

*Via* **ECF**

The Honorable Lewis J. Liman
United States District Court Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Raquel Moura Borges,* 21 Cr. 172 (LJL)

Dear Judge Liman:

I write, with the consent of the U.S. Pretrial Services Office ("Pretrial") and without objection from the government, to respectfully request that the temporary modification to the travel restrictions of Ms. Borges's bond be extended one additional day to continue through July 6, 2024. On June 18, 2024, the Court granted Ms. Borges's motion for a temporary modification of her bond to permit her to travel to Orlando, Florida and all points in between Orlando, Florida and Scarsdale, New York from June 23 through July 5, 2024. *See* ECF No. 58.

Ms. Borges's has been sick with the flu since Friday June 28, 2024. Ms. Borges is requesting an additional day to permit her to make the return trip home to Scarsdale, New York in four days as opposed to three. Ms. Borges has provided Pretrial Officer Shannon Finneran with the details of her modified travel plans. Officer Finneran consents to this request and the government defers to Pretrial.

Accordingly, we respectfully request that the temporary modification to the travel restrictions of Ms. Borges's bond be extended one additional day to continue through July 6, 2024. I thank the Court for its consideration.

Respectfully Submitted,

/s/

Valerie A. Gotlib

Cc:   Mathew Shahabian, Assistant U.S. Attorney (*via* ECF & Email)
      Shannon Finneran, U.S. Pretrial Officer (*via* Email)