# GOTLIB LAW

REQUEST GRANTED.

July 22, 2024

7/22/2024    SO ORDERED.

LEWIS J. LIMAN
United States District Judge

*Via* **ECF**

The Honorable Lewis J. Liman
United States District Court Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *United States v. Raquel Moura Borges,* 21 Cr. 172 (LJL)

Dear Judge Liman:

I represent the defendant in the above-captioned matter pursuant to the Criminal Justice Act.  I write to respectfully request that the Court authorize me to submit interim vouchers.

As a sole practitioner, given the amount of time I have dedicated to this matter to date and anticipate dedicating to it in the future, having to wait until the completion of this matter to file a voucher would be a financial hardship.

Accordingly, I respectfully request that the Court authorize me to submit interim vouchers in this matter. I thank the Court for its consideration.

Respectfully Submitted,

/s/

Valerie A. Gotlib

Cc:    All counsel of record (*via* ECF)

Gotlib Law, PLLC
225 Broadway | Suite 2815 | New York | NY | 10007
T 917 536 8171 | F 917 970 8158 | valerie@gotliblaw.com