

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 29, 2024

> REQUEST GRANTED.
> The Final Pretrial Conference scheduled for September 18, 2024 is cancelled.  All pending pretrial deadlines are adjourned sine die.  A Change of Plea hearing will be held on September 10, 2024 at 10:00AM in Courtroom 15C at the 500 Pearl Street Courthouse.
>
> 8/29/2024   SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

**BY ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:  *United States v. Raquel Moura Borges*, 21 Cr. 172 (LJL)**

Dear Judge Liman:

    The parties write to inform the Court that the defendant in the above-captioned case intends to plead guilty pursuant to a plea agreement. The parties are available to convert the final pretrial conference scheduled for September 18, 2024 at 2:00 PM, into a plea hearing. If the Court would prefer to schedule a plea hearing for an earlier date, the parties are generally available September 10-13, from 10AM to 2PM.

    The parties also respectfully request that the Court adjourn all pending pretrial deadlines *sine die* in anticipation of the plea hearing.

                      Respectfully submitted,

                      DAMIAN WILLIAMS
                      United States Attorney

        By:        /s/
                 Matthew R. Shahabian
                 Assistant United States Attorney
                 212-637-1046

cc: Valerie Gotlib, Esq. (by ECF)