# GOTLIB LAW

January 15, 2025

**REQUEST GRANTED.**
The Sentencing hearing previously set for February 27, 2025 is rescheduled to April 29, 2025 at 11:00AM in Courtroom 15C at the 500 Pearl Street Courthouse.

1/15/2025   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

*Via* **ECF**

The Honorable Lewis J. Liman
United States District Court Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Raquel Moura Borges,* 21 Cr. 172 (LJL)

Dear Judge Liman:

I represent the defendant in the above-captioned matter. I write, with the consent of the government, to respectfully request a two-month adjournment of Ms. Borges's sentencing, which is currently scheduled for February 27, 2025. This is the first request for an adjournment of Ms. Borges's sentencing. The reason for the requested adjournment is to allow the defense additional time to prepare Ms. Borges's sentencing submission. Accordingly, I respectfully request that the Court adjourn Ms. Borges's sentencing two months. I thank the Court for its consideration.

                        Respectfully Submitted,

                        /s/

                        Valerie A. Gotlib

Cc:    All counsel of record (*via* ECF)