# GOTLIB LAW

March 10, 2025

*Via* **ECF**

> **REQUEST GRANTED.**
> The Sentencing hearing previously set for April 29, 2025 is rescheduled to June 16, 2025 at 11:00AM in Courtroom 15C at the 500 Pearl Street Courthouse.
>
> 3/25/2025   SO ORDERED.
>
> LEWIS J. LIMAN
> United States District Judge

The Honorable Lewis J. Liman
United States District Court Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Raquel Moura Borges,* 21 Cr. 172 (LJL)

Dear Judge Liman:

I represent the defendant in the above-captioned matter. I write, with the consent of the government, to respectfully request a six-week adjournment of Ms. Borges's sentencing, which is currently scheduled for April 29, 2025. This is the second request for an adjournment of Ms. Borges's sentencing. The reason for the requested adjournment is to allow the defense additional time to prepare Ms. Borges's sentencing submission. Notably, the U.S. Probation Office ("Probation") has yet to release the draft PSR, even though Ms. Borges was interviewed by Probation on October 31, 2024. I emailed Probation last week asking about the status of the draft report but have not received a response. Accordingly, I respectfully request that the Court adjourn Ms. Borges's sentencing six weeks. I thank the Court for its consideration.

                              Respectfully Submitted,

                              /s/

                              Valerie A. Gotlib

Cc:    All counsel of record (*via* ECF)

Gotlib Law, PLLC
20 Vesey Street | Suite 400 | New York | NY | 10007
T 917 536 8171 | F 917 970 8158 | valerie@gotliblaw.com