# GOTLIB LAW

May 19, 2025

*Via* ECF

The Honorable Lewis J. Liman
United States District Court Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

> **REQUEST GRANTED.**
> The Sentencing hearing previously set for June 16, 2025 is rescheduled to September 9, 2025 at 10:30AM in Courtroom 15C at the 500 Pearl Street Courthouse.
>
> 5/29/2025
>
> SO ORDERED.
> /s/ Lewis J. Liman
> LEWIS J. LIMAN
> United States District Judge

      Re:    *United States v. Raquel Moura Borges,* 21 Cr. 172 (LJL)

Dear Judge Liman:

I represent the defendant in the above-captioned matter. I write, with the consent of the government, to respectfully request an approximately three-month adjournment of Ms. Borges's sentencing, which is currently scheduled for June 16, 2025. This is the third request for an adjournment of Ms. Borges's sentencing. The reason for the requested adjournment is to allow the defense additional time to prepare Ms. Borges's sentencing submission. I note that on April 22, 2025, the defense sent the U.S. Probation Office ("Probation") multiple proposed revisions to the draft PSR. Probation has yet to release the final draft of the PSR. If feasible for the Court, the defense and the government are both available on any date during the second week of September. Accordingly, I respectfully request that the Court adjourn Ms. Borges's sentencing to a date during the second week of September 2025. I thank the Court for its consideration.

                                    Respectfully Submitted,

                                    /s/

                                  Valerie A. Gotlib

Cc:    All counsel of record (*via* ECF)