```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :
     -against-                      :       ORDER
                                    :
   Raquel Moura Borges               :       21 CR 172-001
                                    :
       Defendant                    :
                                    :
------------------------------------X
```

Lewis J. Liman, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include mental health treatment as directed by Pretrial Services.

Dated: New York, New York

August  12 , 2025

SO ORDERED:

_____
Lewis J. Liman
United States District Judge