# JOHN M. BURKE

Attorney at Law

26 Court Street  –  Suite 2103
Brooklyn,  New York  11242
Phone  (718) 875-3707
Fax: (718) 875-0053

Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

February 27, 2026

Re: <u>US v Raquel Borges</u>
21 – CR – 172

REQUEST GRANTED.
Pretrial services is directed to
release the passports back to
Carolina Borges and Ana Borges.

3/2/2026   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Dear Judge Liman;

     Raquel Borges' two daughters surrendered their passports to pre-trial services as part of her bail bond. Raquel Borges has surrendered herself to the Bureau of Prisons and is currently in custody in Florida. I am requesting that the Court order that the passports of Carolina Borges and Ana Borges be released to them.

     I have conferred with the Government and they have no objection to this request. Thank you for your time and consideration in this matter.

Respectfully Submitted
/S/ John Burke
Attorney for Raquel Borges