# JOHN M. BURKE

Attorney at Law

26 Court Street – Suite 2103

Brooklyn, New York 11242

Phone (718) 875-3707

Fax: (718) 875-0053

REQUEST GRANTED.
Pretrial services is directed to release Raquel
Borges's passport to her daughter Carolina Borges.

4/7/2026    SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Honorable Lewis J. Liman

United States District Court

Southern District of New York

500 Pearl Street

New York, New York 10007

April 6, 2026

**Re: <u>U.S. v. Raquel Borges</u>**
**21 – CR – 172**
**( LJL )**

Dear Judge Liman;

I am writing on behalf of my client Raquel Borges to request that the Court permit her daughter, Carolina Borges, to pick up Raquel Borges' passport from pre-trial services. I have conferred with the Government and they have no objection to this request.

Thank you for your time and consideration in this matter.

Respectfully submitted

/S/ John Burke

Attorney for Raquel Borges